# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ANTHONY TERRLL DOSS,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:22-cv-820-AMM-NAD |
| **WARDEN GORDY,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Anthony Terrell Doss filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. On January 3, 2024, the magistrate judge entered a report which recommended that the habeas petition be dismissed without prejudice as unexhausted. Doc. 5. Although the magistrate judge advised Mr. Doss of his right to file objections to the report and recommendation within fourteen days, *id*., at 6–7, that time expired without the court receiving any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's findings and **ACCEPTS** the recommendation. The petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE.**

Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings.

A separate Final Order will be entered.

**DONE** and **ORDERED** this 24th day of January, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE